UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



LOUIS GUILLORY

VERSUS

CORNELIUS BLEDSOE, ET AL

CIVIL ACTION

NO. 06-983-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated May 13, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's motion for summary judgment (rec.doc.15) is denied.

Baton Rouge, Louisiana, April 21, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA